

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00046-CV
_____

TIMOTHY GUINN, Appellant

V.

M. KIM ROBERTSON, Appellee

On Appeal from the County Court at Law
Anderson County, Texas
Trial Court No. CCL-07-11778

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

Timothy Guinn,[1] the sole appellant in this case, has filed a motion seeking to dismiss his appeal. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, his motion is granted. *See* Tex. R. App. P. 42.1.

We dismiss the appeal.


Jack Carter
Justice

Date Submitted:     June 2, 2008
Date Decided:       June 3, 2008

---

[1]This case has been transferred to this Court as part of the Texas Supreme Court's docket equalization program.